**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| MATTHEW BURNETT, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 8:14-CV-01361 |
| v. | Honorable Virginia M. Hernandez Covington |
| ROBERT BOSCH LLC, USA, and ROBERT BOSCH GmbH, | Magistrate Judge Mark A. Pizzo |
| Defendants. | |

**JOINT MOTION TO PERMIT OUT-OF-STATE ATTORNEYS TO
ATTEND THE LOCAL RULE 3.05(c)(2)(B) MEETING BY TELEPHONE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 3.05(c)(2)(B), Plaintiff Matthew Burnett (hereinafter "Burnett") and Defendant Robert Bosch LLC[1] (hereinafter "RBLLC", collectively the "Parties") are in the process of scheduling an initial case management meeting. The Court requires that lead counsel attend this conference "in person and not by telephone, absent an order permitting otherwise."

Burnett and RBLLC both have retained local and out-of-state counsel to litigate this matter. Burnett has engaged Florida attorneys Brian W. Warwick, Janet R. Varnell, and Steven T. Simmons, Jr., Maryland attorney Charles J. LaDuca, and Washington, D.C. attorney William H. Anderson. RBLLC has engaged Florida attorney Karen P. Finesilver and Illinois attorneys John W. Rotunno, Paul J. Walsen, and Molly K. McGinley.

While all Florida counsel will attend the initial case management conference in person, the Parties respectfully request that all out-of-state attorneys be permitted to attend by telephone.

---

[1] To the best of the undersigned counsel's knowledge, Robert Bosch GmbH, a foreign entity also named as a defendant, has not yet been served with process in this action.

**WHEREFORE**, the Parties respectfully request that this Court enter an order permitting all out-of-state attorneys to attend the Local Rule 3.05(c)(2)(B) conference by telephone.

Dated:  August 6, 2014

**PLAINTIFF MATTHEW BURNETT**

By: /s/ Janet R. Varnell
One of Burnett's Attorneys

Brian W. Warwick
Fla. Bar No.: 605573
Janet R. Varnell
Fla. Bar No.: 71072
Steven T. Simmons, Jr.
Fla. Bar No.: 91654
**Varnell & Warwick, P.A.**
P.O. Box 1870
Lady Lake, FL 32158
Telephone: 352.753.8600
Facsimile: 352.504.3301
E-mail: bwarwick@varnellandwarwick.com
         jvarnell@varnellandwarwick.com
         ssimmons@varnellandwarwick.com

Charles J. LaDuca (*pro hac vice*)
**Cuneo, Gilbert & LaDuca, LLP**
8120 Woodmont Avenue
Suite 810
Bethesda, MD 20814
Telephone: 202.789.3960
Facsimile: 202.789.1813

William H. Anderson (*pro hac vice*)
**Cuneo, Gilbert & LaDuca, LLP**
507 C. St. N.E.
Washington, D.C. 20002
Telephone: 202.789.3960
Facsimile: 202.789.1813

*Attorneys for Plaintiff*

Respectfully submitted,

**DEFENDANT ROBERT BOSCH LLC**

By: /s/ John W. Rotunno
One of Its Attorneys

John W. Rotunno (*pro hac vice*)
ARDC #: 020405342
Paul J. Walsen (*pro hac vice*)
ARDC #: 6226318
Molly K. McGinley (*pro hac vice*)
ARDC #: 6285809
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone: 312.372.1121
Facsimile: 312.827.8000
    Email: john.rotunno@klgates.com
    Email: paul.walsen@klgates.com
    Email: molly.mcginley@klgates.com

Karen P. Finesilver
Florida Bar No.: 031352
**K&L GATES LLP**
200 South Biscayne Boulevard, Suite 3900
Miami, FL  33131-2399
Telephone:  305.539.3300
Facsimile:  305.358.7095
    Email: karen.finesilver@klgates.com

*Attorneys for Defendant Robert Bosch LLC*